## Commonwealth *v.* Carr, Appellant.

Argued Decem-
ber 5, 1972. *Gilbert E. Toll,* for appellant; *Milton M.
Stein,* Assistant District Attorney, with him *Harold K.
Don, Jr.,* Assistant District Attorney, *Richard A.
Sprague,* First Assistant District Attorney, and *Arlen
Specter,* District Attorney, for Commonwealth, appel-
lee.

Judgment of sentence affirmed.